*Tuesday, June 23, 1992*
## MOTION DOCKET

**85–712.** State v. Buell. *Cuyahoga County,* No. 46821. On October 30, 1987, this court stayed the execution of sentence in this cause pending exhaustion of appellant's state post-conviction remedies. On January 29, 1992, this court overruled appellant's motion to certify the record in case No. 91–2176, which was pending as a post-conviction case. 62 Ohio St.3d 1508, 583 N.E.2d 1320. The appellant has now exhausted all proceedings for post-conviction relief before the courts of this state and, upon consideration thereof,

IT IS ORDERED by the court that the October 30, 1987 entry staying compliance with the mandate and the execution of sentence pending the exhaustion of all proceedings for post-conviction relief be, and the same is hereby, revoked, effective June 22, 1992.

IT IS FURTHER ORDERED by the court that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden, on Monday, the 21st day of September, 1992, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

## MISCELLANEOUS DISMISSALS

**92–479.** Heaven Can Wait, Inc. v. Limbach. Board of Tax Appeals, No. 89–E–260. *Sua sponte,* cause dismissed for want of prosecution, effective June 18, 1992.

**92–813.** State ex rel. American Natl. Red Cross v. Pokorny. *Cuyahoga County,* No. 63596. Cause dismissed, on appellant's application to dismiss, effective June 19, 1992.

**92–865.** Rotsinger v. State Farm Ins. *Erie County,* No. E–91–16. Cause dismissed, on appellant's application to dismiss, effective June 17, 1992.

**92–979.** Dottore v. Bruening. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective June 17, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.